**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Alfonso MARQUEZ–QUIZ,
Defendant—Appellant.**

**No. 04–10224.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2005.*

Decided June 6, 2005.

Lisa Jennis Settel, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Alfonso Marquez, Law Office of Paul J. Mattern, Phoenix, AZ, pro se.

Before: KLEINFELD, HAWKINS, and GRABER, Circuit Judges.

## MEMORANDUM **

Jose Alfonso Marquez–Quiz ("Marquez"), as part of his agreement to plead

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

guilty to conspiracy to commit hostage taking and conspiracy to harbor illegal aliens, expressly waived the right to appeal his conviction and sentence. Although Marquez now seeks to challenge his sentence as violating the Sixth Amendment pursuant to *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004),[1] we must nonetheless dismiss his appeal because of a waiver, not rendered invalid by a subsequent change in law. *United States v. Cardenas*, 405 F.3d 1046, 2005 WL 1027036, at *2 (9th Cir. May 4, 2005) (citing *United States v. Johnson*, 67 F.3d 200, 202–03 (9th Cir.1995)).

DISMISSED.

1. Marquez's briefs were filed before the Supreme Court issued *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

